February 28, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ULYSSES L. ROSEMOND, Appellant

NO. 14-08-00550-CV                              V.

MAHA KHALIFA AL-LAHIQ, M.D., Appellee
_____

This cause, an appeal from the judgment in favor of appellee, MAHA KHALIFA AL-LAHIQ, M.D., signed May 21, 2008, was heard on the transcript of the record.  We have inspected the record and conclude that (1) the trial court did not err by impliedly ruling that Dr. Katz was not qualified on the basis of training or experience to offer an expert opinion regarding accepted standards of care for the diagnosis, care, or treatment of the illness, injury, or condition involved in the claim; (2) the trial court did not err by impliedly ruling that the elements of Dr. Katz's report were deficient; and (3) the trial court erred by denying appellant ULYSSES L. ROSEMOND'S request for a thirty-day extension and by dismissing his suit against appellee.  For the reasons stated in this court's opinion, we order the judgment of the court below **REVERSED** and **REMAND** the cause with instructions for the trial court to grant a thirty-day extension under section 74.351(c) of the Texas Civil Practice and Remedies Code and for further proceedings in accordance with this court's opinion.  For good cause, we order appellant and appellee to each pay one-half of all costs incurred in this appeal.  We further order this decision certified below for observance.